**Electronically Filed
Supreme Court
SCWC-14-0001030
29-NOV-2018
11:48 AM**

SCWC-14-0001030

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

ESTATE OF ROBERT FREY,
Petitioner/Plaintiff-Appellant,

v.

ROBERT P. MASTROIANNI, M.D.,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001030; CIVIL NO. 07-1-0206(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Estate of Robert Frey's application for writ of certiorari filed on September 28, 2018, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, November 29, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

